861 A.2d 263

**Fred BARTHOLOMEW, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 9, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of November, 2004, probable jurisdiction is noted and the order appealed is affirmed.